NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| JUSTICE RASIDEEN ALLAH, | : | |
| | : | Civil Action No. 08-1753 (JAP) |
| Plaintiff, | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| MICHELE R. RICCI, et al., | : | |
| Defendants. | : | |

IT APPEARING THAT:

1. On January 25, 2012, this Court granted Defendants' motion to dismiss Plaintiff's complaint (ECF Nos. 121, 122).

2. Plaintiff moved for reconsideration (ECF No. 123), and this Court denied the motion on September 21, 2012 (ECF Nos. 127, 128).

3. Plaintiff appealed both motions to the Court of Appeals for the Third Circuit (ECF No. 131). While his appeal was pending, on June 18, 2013, he filed a motion for relief from judgment, pursuant to Fed. R. Civ. P. 60(b)(3), in which he again challenged this Court's January 25, 2012 Order dismissing his complaint (ECF No. 135).

4. The Court of Appeals subsequently affirmed this Court's January 25, 2012 and September 21, 2012 decisions. The mandate from the Court of Appeals was received by this Court on September 17, 2013 (ECF No. 140).

1

5. Because this Court's January 25, 2012 and September 21, 2012 decisions were affirmed on appeal, Plaintiff's motion for relief from judgment (ECF No. 135) was dismissed as moot on November 19, 2013 (ECF No. 141).

6. Plaintiff thereafter filed a motion for reconsideration (ECF No. 142) challenging this Court's November 19, 2013 Order (ECF No. 141).

7. It appears that Plaintiff's pending motion is an attempt to litigate issues which have previously been decided by this Court.

8. Having considered the filings by both parties, and for the reasons cited in the Court of Appeals and this Court's prior rulings in this matter, Plaintiff's motion will be denied.

**THEREFORE**, it is on this 6th day of January, 2014;

**ORDERED** that the Clerk of the Court shall reopen the file in this matter; and it is further

**ORDERED** that Plaintiff's motion for reconsideration (ECF No. 142) is hereby denied; and it is further

**ORDERED** that the Clerk of the Court shall close the case.

　　/s/ Joel A. Pisano　　
JOEL A. PISANO
United States District Judge